**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

February 28, 2014

Hon. Laura Hinojosa
District Clerk
100 N Closner - 1st Floor
Edinburg, TX 78539

Hon. Jaime E. Tijerina
92nd District Court
100 N. Closner Blvd., 2nd Floor
Edinburg, TX 78539

Hon. Jennifer Furrow
P.O. Box 4005
Huntsville, TX 77342-4005

Hon. Rene A. Guerra
Criminal District Attorney
Hidalgo County Courthouse
100 N. Closner, Room 303
Edinburg, TX 78539

Re:     Cause No. 13-14-00131-CR
Tr.Ct.No. CR-2411-11-A
Style:   In Re  Michael Alanis Torres

Enclosed please find a copy of an order issued by this Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.